UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| William E. Sumner,<br><br>               Plaintiff,<br><br>vs.<br><br>State Board of Pardons and Paroles of the State of Georgia, et al,<br><br>               Defendants. | CIVIL ACTION FILE<br><br>NO. 1:06-cv-170-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of defendants' motion for summary judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover their costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 27th day of November, 2006.

                                            JAMES N. HATTEN
                                            CLERK OF COURT

                                  By:  s/Frances M. McNulty
                                           Frances M. McNulty, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  November 27, 2006
James N. Hatten
Clerk of Court

By: s/Frances M. McNulty
      Deputy Clerk