AO 133 (Rev. 9/89) Bill of Costs.

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __GEORGIA__

WILLIAM E. SUMNER

V.

STATE BOARD OF PARDONS AND PAROLES

## BILL OF COSTS

Case Number: 1:06-CV-170-TCB

Judgment having been entered in the above entitled action on __1/7/2008__ (Date) against __PLAINTIFF__, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................. | $ |
| Fees for service of summons and subpoena ........................................... | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 236.70 |
| Fees and disbursements for printing ................................................. | |
| Fees for witnesses (itemize on reverse side) ......................................... | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | |
| Docket fees under 28 U.S.C. 1923 .................................................... | |
| Costs as shown on Mandate of Court of Appeals ....................................... | |
| Compensation of court-appointed experts ............................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ........................................................ | |
| TOTAL | $ 236.70 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: __McNeill Stokes, Esq.__

Signature of Attorney: _____

Name of Attorney: __LARONICA LIGHTFOOT__

For: __STATE BOARD OF PARDONS AND PAROLES OF THE STATE OF GA__ Date: __1/10/08__
Name of Claiming Party

Costs are taxed in the amount of $236.70 _____ and included in the judgment.

__JAMES N. HATTEN__ By: _____ __1/11/2008__
Clerk of Court                Deputy Clerk                       Date